## A00A1294. JOHNS et al. v. RIDLEY et al.
### (556 SE2d 165)

JOHNSON, Presiding Judge.

The decision of the Court of Appeals in Case No. A00A1294 having been reversed by the Supreme Court, *Ridley v. Johns*, 274 Ga. 241 (552 SE2d 853) (2001), our decision in *Johns v. Ridley*, 245 Ga. App. 710 (537 SE2d 746) (2000), is hereby vacated, and the judgment of the Supreme Court is made the judgment of this court.

*Judgment reversed. Smith, P. J., and Phipps, J., concur.*

DECIDED OCTOBER 29, 2001.

*Mills & Moss, David C. Moss*, for appellants.

*Thurbert E. Baker, Attorney General, Kathleen M. Pacious, Deputy Attorney General, Loretta L. Pinkston, Senior Assistant Attorney General, Kimberly L. Schwartz, Assistant Attorney General*, for appellees.